# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TROY ANTHONY JOHN O'BRIEN,
A# 74-157-331,

    *Petitioner*,

vs.

PETER MERCADO,

    *Respondent*.

2:11-cv-00185-KJD-PAL

ORDER

This *pro se* immigration habeas matter under 28 U.S.C. § 2241 comes before the Court following upon the filing of a petition and a paper styled as a "financial statement" in which petitioner seeks to proceed without payment of the filing fee.

Under Local Rule LSR 1-1, an application to proceed *in forma pauperis* must be made on the Court's required form. Further, under Local Rule LSR 2-2, a pauper application by a person in custody must be accompanied by both a properly executed financial certificate and an inmate account statement for the prior six months. The hand-crafted financial statement prepared by petitioner does not seek pauper status on the Court's required form, and he has not submitted the required attachments.

IT THEREFORE IS ORDERED that, within thirty (30) days of entry of this order, petitioner either shall pay the $5.00 filing fee or submit a properly completed application to proceed *in forma pauperis* on the required form with all required attachments.

The Clerk of Court shall send plaintiff two copies of an application to proceed i*n forma pauperis* for an incarcerated person along with the instructions for the form.

1       If petitioner fails to both fully and timely comply with this order, the action will be dismissed without further advance notice.

      DATED: February 3, 2011

                                        _____
                                        KENT J. DAWSON
                                        United States District Judge