# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TROY ANTHONY JOHN O'BRIEN,<br>    *Petitioner*,<br><br>vs.<br><br>PETER MERCADO, *et al.*,<br>    *Respondents*. | 2:11-cv-00185-KJD-PAL<br><br>ORDER |

The record does not reflect that the petitioner has either paid the filing fee or submitted a properly completed application to proceed *in forma pauperis* in response to the Court's prior order (#3). The order advised that the matter would be dismissed without further advance notice if petitioner did not timely comply with the order.

IT IS ORDERED that this matter shall be DISMISSED without prejudice for failure to satisfy the filing fee requirement.

The Clerk of Court shall enter a final judgment accordingly.

DATED: June 27, 2011

_____
KENT J. DAWSON
United States District Judge